```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 17138
    YOLANDA G TAMEZ
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1024
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/02/08 .

2. The case was converted to Chapter 7 without confirmation, 09/22/2008.

3. The Debtor paid a total of $    640.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | 445.62 |
| BUS & PROSVC | UNSECURED | NOT FILED | .00 | .00 |
| VALENTINE KEBARTAS | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES SPECIALTY FI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 445.62 | .00 | .00 | .00 | 445.62 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 445.62 | .00 | .00 | .00 | 445.62 |

The Debtor's attorney, CHANG & CARLIN            , was allowed $    .00 and was paid $    .00 .

The Trustee received $    27.44 .

Refunds to the Debtor totaled $    166.94 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17138 YOLANDA G TAMEZ